DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**SEMAJ GILMORE**<br><br>Defendant(s). | Criminal No. 21-680 (RMB)<br><br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant.

Date:  September 19, 2024

PHILIP R. SELLINGER
United States Attorney

*/s/Jeffrey Bender*

By:  _____

Assistant U.S. Attorney